**FILED**

APR 0 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR06-00152 DLJ |
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| BRADLEY JAMES PEDERSEN, | |
| Defendant. | |

Having considered the stipulation for issuance of a preliminary order of forfeiture, the plea agreement between the parties, and good cause appearing,

IT IS HEREBY ORDERED that defendant Bradley James Pedersen shall forfeit to the United States all of his right, title and interest in the following property, pursuant to Title 18, United States Code, Section 2253:

A. Compact Disk #1, dated May 31, 2005;

B. Compact Disk #3, dated September 10, 2005;

C. Compact Disk #4, dated May 7, 2005;

D. Toshiba laptop computer with Hitachi drive, Model Satel. 1415-S173, serial number 13027156P; and

E. Antec Outsdie tower computer, cream colored, serial number M/B 15-962-010600

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a

newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 7th day of April 2006.

_____
D. LOWELL JENSEN
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 06-00152 DLJ

2