**FILED**

JUN 0 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>    Plaintiff,                    )<br>                                   )<br>    v.                             )<br>                                   )<br> BRADLEY JAMES PEDERSEN,            )<br>                                   )<br>    Defendant.                     )<br>_____) | No. CR 06-00152 DLJ<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING FROM JULY 14, 2006 UNTIL AUGUST 25, 2006 AT 10 A.M. |

ORDER

For the reasons set forth in the parties' stipulation, the sentencing in the captioned case is continued until August 25, 2006 at 10:00 a.m., in Oakland, California.

IT IS SO ORDERED.

DATED: 6-1-06

_____
HON. D. LOWELL JENSEN
United States District Judge